# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0246

**SHIRA A. SCHEINDLIN**
**UNITED STATES DISTRICT JUDGE**

August 24, 2006

Committee on Financial Disclosure
Administrative Office of The United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Committee:

I discovered errors in my report. I have made the corrections and hereby enclose my
Amended Financial Disclosure Report for the calendar year 2005.

I apologize for any inconvenience this may have caused the Committee.



encl.
a/s

SAS:cyas

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A | S.D.N.Y. | 07/17/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

**7. Chambers or Office Address**

USDC-SDNY
500 Pearl Street
New York, N.Y. 10007

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 28 A 10:46

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/05 | State University of New York |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office of U.S. Courts | Meeting, San Francisco, CA 1/11/05-1/12/05 Travel, Food, Lodging |
| 2. | ALI-ABA | Speaker, San Juan, PR 1/18/05-1/22/05 Travel, Food, Lodging |
| 3. | Administrative Office of U.S. Courts | Meeting, Dallas, Tx 1/27/05-1/28/05 Travel, Food, Lodging |
| 4. | Administrative Office of U.S. Courts | Meeting, Washington DC 2/10/05-2/12/05 Travel, Food, Lodging |
| 5. | ABA | Speaker, Orlando, FL 2/17/05-2/20/05 Travel, Food Lodging |
| 6. | Yale Law School | Speaker, New Haven, CT 3/03/05-3/04/05 Travel, Food, Lodging |
| 7. | Yale Law School | Speaker, New Haven, CT 3/31/05-4/01/05 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scheindlin, Shira A | 07/17/2006 |

| | |
| --- | --- |
| 8. Administrative Office of U.S. Courts | Meeting, Washington, DC 4/13/05-4/15/05 Travel, Food Lodging |
| 9. American Law Institute-ABA | Speaker, Washington DC 4/18/05-4/19/05 Travel, Food Lodging |
| 10. 5th Circuit Judicial Conference | Speaker, New Orleans, LA. 5/02/05-5/04/05 Travel, Food, Lodging |
| 11. Los Angeles Federal Bar Association | Speaker, Los Angeles, CA 5/04/05-5/05/05 Travel, Food, Lodging |
| 12. ADR Center | Speaker, Rimini, ITALY 5/24/05-5/29/05 Travel, Food, Lodging |
| 13. Administrative Office of U.S. Courts | Circuit Conference, Bolton Landing, NY 6/16/05-6/19/05 Travel, Food, Lodging |
| 14. Sedona Conference | Speaker, Cambridge, ENGLAND 7/14/05-7/17/05 Travel, Food, Lodging |
| 15. ALI-ABA | Meeting, Philadelphia, PA. 9/16/05-9/17/05 Travel, Food, Lodging |
| 16. Cornell Law School | Meeting, Ithaca, NY 9/21/05-9/24/05 Travel, Food, Lodging |
| 17. Eighth Circuit Judicial Conference | Speaker, Colorado Springs, CO 10/19/05-10/21/05 Travel, Food, Lodging |
| 18. American College of Trial Lawyers | Speaker, Chicago, ILL. 10/21/05-10/23/05 Travel, Food, Lodging |
| 19. Administrative Office of U.S. Courts-Mulidistrict Litigation | Speaker, Palm Beach, FL. 10/24/05-10/26/05 Travel, Food, Lodging |
| 20. ALI-ABA | Speaker, Chicago, ILL. 11/02/05-11/03/05 Travel, Food, Lodging |
| 21. Legalworks | Speaker, London, ENGLAND 11/9/05-11/14/05 Travel, Food, Lodging |
| 22. Administrative Office of U.S. Courts | Meeting, Chicago, ILL. 11/17/05-11/18/05 Travel, Food, Lodging |
| 23. Practicing Law Institute | Speaker, San Francisco, CA 12/15/05-12/17/05 Travel, Food, Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Kings County, NY | E | Rent | | | sell | 8/8 | O | G | Michael Sherman |
| 3. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4. AXA Financial | A | Dividend | J | T | | | | | |
| 5. Active Assets Money Market | A | Dividend | J | T | | | | | |
| 6. Bank Hapoalim | A | Interest | J | T | | | | | |
| 7. IRA #1 | | | M | T | | | | | |
| 8. IRA Sentinel Cap Inc Markets Class B | | None | | | | | | | |
| 9. IRA Sentinel Growth Index CL B | | None | | | merger | 9/23 | K | | |
| 10. IRA Sentinal Cap Op. Class B | | None | | | | | | | |
| 11. IRA Sentinel MidCap Growth Class B | | None | | | | | | | |
| 12. IRA Sentinel High Yield Bond Class B | | None | | | | | | | |
| 13. IRA Sentinel Intl Equity Class B | | None | | | | | | | |
| 14. IRA Sentinel Small Company B | | None | | | | | | | |
| 15. IRA Sentinel Bond Class B | | None | | | merger | 9/23 | K | | |
| 16. IRA Sentinel Common Stock Class B | | None | | | | | | | |
| 17. IRA Sentinel Gov't. Securities Cl A | | None | | | merger | 9/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel | A | Dividend | J | T | | | | | |
| 19. Nortel | | None | | | sell | 9/20 | J | | |
| 20. Dreyfus Premier Emerging Markets Cl A | | None | | | buy | 3/28 | J | | |
| 21. Dreyfus Premier Emerging Markts Cl A | | None | | | sell | 11/2 | J | A | |
| 22. Dreyfus Premier Emerging Markets CL A | | None | | | sell | 11/2 | J | A | |
| 23. JP Morgan Mid Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 24. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | J | A | |
| 25. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | K | C | |
| 26. JP Morgan Short Term Bond 11 Cl A | | None | | | buy | 3/28 | J | | |
| 27. JP Morgan Short Term Bond 11 Class A | | None | | | sell | 11/2 | J | | |
| 28. JP Morgan Short Term Bond 11 CL A | | None | | | sell | 11/2 | K | | |
| 29. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 30. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 31. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Pfizer | B | Dividend | M | T | | | | | |
| 33. IBM Common Stock | A | Dividend | J | T | | | | | |
| 34. Brooklyn Federal S & L | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month – Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 36. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 37. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 38. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 39. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 40. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 41. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 42. N. Y. C. Local Gov't. Bond Series F | B | Interest | | | redeemed | 2/15 | K | A | |
| 43. NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |
| 44. NYC G/O series D | A | Interest | | | redeemed | 2/15 | J | A | |
| 45. NYC G/O Series E RFDG | B | Interest | | | redeemed | 2/15 | K | A | |
| 46. NYC Bond series H | A | Interest | J | T | | | | | |
| 47. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 48. Fidelity Advisor Equity Growth Mutual Fund | | None | | | sell | 9/13 | K | | |
| 49. Fidelity Advisor Technology Class T | | None | | | sell | 9/13 | K | | |
| 50. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 51. Fidelity Advantage Mid Cap | | None | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA ACCOUNT #2 | B | Dividend | L | T | | | | | |
| 53. IRA Provident Mutual Life Ins (100% Fidelity Contra | | None | | | sell | 8/15 | M | | |
| 54. IRA Gartmore GVIT Equity 500 | | None | | | | | | | |
| 55. IRA Fidelity Management and Research | | None | | | | | | | |
| 56. IRA The Dreyfus Corp. | | None | | | | | | | |
| 57. IRA Scudder Kemper | | None | | | | | | | |
| 58. Ing Intermediate Bond Cl A | | None | | | buy | 3/28 | J | | |
| 59. ING Intermediate Bond CL A | | None | | | sell | 11/2 | J | | |
| 60. MFS Mass Investor Growth Stock A | | None | | | buy | 3/28 | J | | |
| 61. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | J | A | |
| 62. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | K | C | |
| 63. Pioneer High Yield Class A | | None | | | buy | 3/28 | J | | |
| 64. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 65. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 66. Scudder Dreman small Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 67. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | A | |
| 68. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Templeton Foreign Class A | | None | | | buy | 3/28 | J | | |
| 70. Templeton Foreign Class A | | None | | | sell | 11/2 | J | A | |
| 71. Templeton Foreign Class A | | None | | | sell | 11/2 | J | B | |
| 72. Rochester Municipal Class A | | None | M | T | buy | 3/18 | L | | |
| 73. Rochester Municipal Class B | | None | | | sell | 10/6 | M | C | |
| 74. Solectron | | None | | | sell | 9/20 | J | | |
| 75. Brokerage Account #1 | | | | | | | | | |
| 76. Excelsior NY Tax Exempt Money Fund | A | Interest | M | T | buy | 9/30 | M | A | |
| 77. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 10/5 | K | | |
| 78. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 11/1 | K | | |
| 79. Black Rock FDS INTL BD | A | Dividend | J | T | buy | 11/22 | J | | |
| 80. Excelsior High Yield Fund | A | Interest | K | T | buy | 10/5 | K | | |
| 81. Excelsior High Yield Fund | A | Interest | K | T | buy | 11/1 | K | | |
| 82. Excelsior High Yield Fund | A | Interest | K | T | buy | 11/22 | J | | |
| 83. Excelsior Int Term Tax Exempt Fund | A | Dividend | L | T | buy | 10/5 | L | | |
| 84. Excelsior Int. Term Tax Exemot Firm | A | Dividend | K | T | buy | 11/1 | K | | |
| 85. Excelsior Int. Term Tax Exempt Fund | A | Distribution | K | T | buy | 11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Excelsior Large Cap Growth Fund | | None | K | T | buy | 10/5 | K | | |
| 87. Excelsior Large Cap Growth Fund | | None | J | T | buy | 10/19 | J | | |
| 88. Excelsior Large Cap Growth Fund | | None | J | T | buy | 11/22 | J | | |
| 89. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 10/5 | K | | |
| 90. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 91. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 92. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 93. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 94. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 95. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 96. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 97. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 11/22 | J | | |
| 98. Pimco Commodity Strategy Fund | A | Distribution | J | T | buy | 10/5 | J | | |
| 99. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 100. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 11/15 | J | | |
| 101. Pimco Commodity Strategy Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 102. Royce Opportunity Fund | A | Dividend | J | T | buy | 10/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rotce Opportunity Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 104. Royce Opportunity Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 105. Royce Opportunity Fund | A | Dividend | J | T | buy | 11/22 | J | | |
| 106. Westcore Growth | A | Dividend | J | T | buy | 10/5 | J | | |
| 107. Westcore Growth | A | Dividend | J | T | buy | 10/6 | J | | |
| 108. Westcre Growth | A | Dividend | J | T | buy | 10/19 | J | | |
| 109. Westcore Growth | A | Dividend | J | T | buy | 11/1 | K | | |
| 110. Westcore Growth | A | Dividend | J | T | buy | 11/22 | J | | |
| 111. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/5 | J | | |
| 112. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/19 | J | | |
| 113. Exceslior Pacific Asia Fund | | None | J | T | buy | 11/1 | J | | |
| 114. Excessior Pacific Asia Fund | | None | J | T | buy | 11/22 | J | | |
| 115. Glennmede Int'l Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 116. Glennmede Int'l Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 117. Glennmede Int'l Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 118. Glennmede Int'l Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 119. Lazard Emerging Mkts | A | Dividend | J | T | buy | 10/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Lazard Emerging Mkts | A | Dividend | J | T | buy | 10/19 | J | | |
| 121. Lazard Emerging Mkts | A | Dividend | J | T | buy | 11/1 | J | | |
| 122. Lazard merging Mkts | B | Distribution | J | T | buy | 11/22 | J | | |
| 123. Ben Int'l Energy Fund | | None | L | T | buy | 12/28 | L | | |
| 124. Excelsior Energy | D | Distribution | | | buy | 10/5 | K | | |
| 125. Excelsior Energy | A | Dividend | | | buy | 10/6 | J | | |
| 126. Excelsior Energy | A | Dividend | | | buy | 10/19 | J | | |
| 127. Excelsior Energy | A | Dividend | | | buy | 11/1 | K | | |
| 128. Excelsior Energy | A | Dividend | | | buy | 11/15 | J | | |
| 129. Excelsior Energy | D | Dividend | | | Sell | 12/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI. This is not a new mortgage. The mortgage was sold to a different bank.

Part VII (general). The computer imported the data from the 2004 Report into the 2005 Report in a completely different order. I do not understand why and could not fix it.

Part VII l. 5. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII l. 54. IRA: State Street Global Advisers was transferred to Gartmore Variable Trust in June of 2003. This change was not reflected on the 2003 or 2004 Reports.

Part VII l. 76. This is just a sweep account for cash that accumulates in a brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____ 8/24/06

NOTE: AN[███████████████]LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007-1581
### (212) 805-0246

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

September 14, 2006

Hon. Ortie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I write in response to your letter of August 22, 2006, which requests a response to two items described at page 2 of that letter. The first refers to Part VII, page 5, line 5 and listed "Active Assets Money Fund." That has been corrected in a Second Amended Report, enclosed with this letter, and now reads "Morgan Stanley Active Assets Money Market. The second refers to Part VII, page 5, lines 13 and 17 which listed "IRA Sentinel Intl Equity Class B" and "IRA Sentinel Gov't Securities Cl A", which, according to you, were not listed in the 2004 report. In fact, the items you refer to now appear at lines 14 and 18. In any event, the "IRA Sentinel Intl Equity Class B" appeared at page 3, line 54 of the 2004 Report which I am also enclosing. As for "IRA Sentinel Gov't Securities Cl A" I assume that it was owned in 2004 and accidentally omitted from the report. Finally, you ask "whether these funds are connected to "merger" listed in Column D(1) on lines 9, 15, and 17." Once again, the lines referred to appear at lines 10, 16, and 18. In any event, I have no idea. As you well know, I do not take any part in managing my IRA. I can only report what is reflected on the statement. This is the best I can do.

I have now spent more than sufficient time on my 2005 Report. Close it or not as you wish. I will not spend another minute explaining what I can't explain. The IRA is what it is. I am happy to forward the statements if you wish. I, for one, consider this report CLOSED. Thank you for your prompt attention to this matter.



w/enc.

*Second Amended Report*

# FINANCIAL DISCLOSU E REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A | S.D.N.Y. | 07/17/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

RECEIVED 2006 SEP 22 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/05 | State University of New York |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Administrative Office of U.S. Courts | Meeting, San Francisco, CA 1/11/05-1/12/05 Travel, Food, Lodging |
| 2. ALI-ABA | Speaker, San Juan, PR 1/18/05-1/22/05 Travel, Food, Lodging |
| 3. Administrative Office of U.S. Courts | Meeting, Dallas, Tx 1/27/05-1/28/05 Travel, Food, Lodging |
| 4. Administrative Office of U.S. Courts | Meeting, Washington DC 2/10/05-2/12/05 Travel, Food, Lodging |
| 5. ABA | Speaker, Orlando, FL 2/17/05-2/20/05 Travel, Food Lodging |
| 6. Yale Law School | Speaker, New Haven, CT 3/03/05-3/04/05 Travel, Food, Lodging |
| 7. Yale Law School | Speaker, New Haven, CT 3/31/05-4/01/05 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

| | |
|---|---|
| 8. Administrative Office of U.S. Courts | Meeting, Washington, DC 4/13/05-4/15/05 Travel, Food Lodging |
| 9. American Law Institute-ABA | Speaker, Washington DC 4/18/05-4/19/05 Travel, Food Lodging |
| 10. 5th Circuit Judicial Conference | Speaker, New Orleans, LA. 5/02/05-5/04/05 Travel, Food, Lodging |
| 11. Los Angeles Federal Bar Association | Speaker, Los Angeles, CA 5/04/05-5/05/05 Travel, Food, Lodging |
| 12. ADR Center | Speaker, Rimini, ITALY 5/24/05-5/29/05 Travel, Food, Lodging |
| 13. Administrative Office of U.S. Courts | Circuit Conference, Bolton Landing, NY 6/16/05-6/19/05 Travel, Food, Lodging |
| 14. Sedona Conference | Speaker, Cambridge, ENGLAND 7/14/05-7/17/05 Travel, Food, Lodging |
| 15. ALI-ABA | Meeting, Philadelphia, PA. 9/16/05-9/17/05 Travel, Food, Lodging |
| 16. Cornell Law School | Meeting, Ithaca, NY 9/21/05-9/24/05 Travel, Food, Lodging |
| 17. Eighth Circuit Judicial Conference | Speaker, Colorado Springs, CO 10/19/05-10/21/05 Travel, Food, Lodging |
| 18. American College of Trial Lawyers | Speaker, Chicago, ILL. 10/21/05-10/23/05 Travel, Food, Lodging |
| 19. Administrative Office of U.S. Courts-Mulidistrict Litigation | Speaker, Palm Beach, FL. 10/24/05-10/26/05 Travel, Food, Lodging |
| 20. ALI-ABA | Speaker, Chicago, ILL. 11/02/05-11/03/05 Travel, Food, Lodging |
| 21. Legalworks | Speaker, London, ENGLAND 11/9/05-11/14/05 Travel, Food, Lodging |
| 22. Administrative Office of U.S. Courts | Meeting, Chicago, ILL. 11/17/05-11/18/05 Travel, Food, Lodging |
| 23. Practicing Law Institute | Speaker, San Francisco, CA 12/15/05-12/17/05 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Kings County, NY | E | Rent | | | sell | 8/8 | O | G | Michael Sherman |
| 3. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4. AXA Financial | A | Dividend | J | T | | | | | |
| 5. Morgan Stanley Active Assets Money Market | A | Dividend | | | transfer | 4/1 | J | A | |
| 6. Wachovia Bank Deposit Sweep | A | Interest | J | T | transfer | 4/1 | J | A | |
| 7. Bank Hapoalim | A | Interest | J | T | | | | | |
| 8. IRA #1 | | | M | T | | | | | |
| 9. IRA Sentinel Cap Inc Markets Class B | | None | | | | | | | |
| 10. IRA Sentinel Growth Index CL B | | None | | | merger | 9/23 | K | | |
| 11. IRA Sentinel Cap Op. Class B | | None | | | | | | | |
| 12. IRA Sentinel MidCap Growth Class B | | None | | | | | | | |
| 13. IRA Sentinel High Yield Bond Class B | | None | | | | | | | |
| 14. IRA Sentinel Intl Equity Class B | | None | | | | | | | |
| 15. IRA Sentinel Small Company B | | None | | | | | | | |
| 16. IRA Sentinel Bond Class B | | None | | | merger | 9/23 | K | | |
| 17. IRA Sentinel Common Stock Class B | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Sentinel Gov't. Securities Cl A | | None | | | merger | 9/23 | K | | |
| 19. Intel | A | Dividend | J | T | | | | | |
| 20. Nortel | | None | | | sell | 9/20 | J | | |
| 21. Dreyfus Premier Emerging Markets Cl A | | None | | | buy | 3/28 | J | | |
| 22. Dreyfus Premier Emerging Markts Cl A | | None | | | sell | 11/2 | J | A | |
| 23. Dreyfus Premier Emerging Markets CL A | | None | | | sell | 11/2 | J | A | |
| 24. JP Morgan Mid Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 25. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | J | A | |
| 26. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | K | C | |
| 27. JP Morgan Short Term Bond 11 Cl A | | None | | | buy | 3/28 | J | | |
| 28. JP Morgan Short Term Bond 11 Class A | | None | | | sell | 11/2 | J | | |
| 29. JP Morgan Short Term Bond 11 CL A | | None | | | sell | 11/2 | K | | |
| 30. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 31. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 32. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 33. Pfizer | B | Dividend | M | T | | | | | |
| 34. IBM Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | Q =Appraisal | | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 36. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 37. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 38. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 39. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 40. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 41. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 42. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 43. N. Y. C. Local Gov't. Bond Series F | B | Interest | | | redeemed | 2/15 | K | A | |
| 44. NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |
| 45. NYC G/O series D | A | Interest | | | redeemed | 2/15 | J | A | |
| 46. NYC G/O Series E RFDG | B | Interest | | | redeemed | 2/15 | K | A | |
| 47. NYC Bond series H | A | Interest | J | T | | | | | |
| 48. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 49. Fidelity Advisor Equity Growth Mutual Fund | | None | | | sell | 9/13 | K | | |
| 50. Fidelity Advisor Technology Class T | | None | | | sell | 9/13 | K | | |
| 51. Fidelity Advantage Small Cap. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advantage Mid Cap | | None | K | T | | | | | |
| 53. IRA ACCOUNT #2 | B | Dividend | L | T | | | | | |
| 54. IRA Provident Mutual Life Ins (100% Fidelity Contra | | None | | | sell | 8/15 | M | | |
| 55. IRA Gartmore GVIT Equity 500 | | None | | | | | | | |
| 56. IRA Fidelity Management and Research | | None | | | | | | | |
| 57. IRA The Dreyfus Corp. | | None | | | | | | | |
| 58. IRA Scudder Kemper | | None | | | | | | | |
| 59. Ing Intermediate Bond Cl A | | None | | | buy | 3/28 | J | | |
| 60. ING Intermediate Bond CL A | | None | | | sell | 11/2 | J | | |
| 61. MFS Mass Investor Growth Stock A | | None | | | buy | 3/28 | J | | |
| 62. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | J | A | |
| 63. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | K | C | |
| 64. Pioneer High Yield Class A | | None | | | buy | 3/28 | J | | |
| 65. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 66. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 67. Scudder Dreman small Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 68. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | B | |
| 70. Templeton Foreign Class A | | None | | | buy | 3/28 | J | | |
| 71. Templeton Foreign Class A | | None | | | sell | 11/2 | J | A | |
| 72. Templeton Foreign Class A | | None | | | sell | 11/2 | J | B | |
| 73. Rochester Municipal Class A | | None | M | T | buy | 3/18 | L | | |
| 74. Rochester Municipal Class B | | None | | | sell | 10/6 | M | C | |
| 75. Solectron | | None | | | sell | 9/20 | J | | |
| 76. Brokerage Account #1 | | | | | | | | | |
| 77. Excelsior NY Tax Exempt Money Fund | A | Interest | M | T | buy | 9/30 | M | A | |
| 78. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 10/5 | K | | |
| 79. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 11/1 | K | | |
| 80. Black Rock FDS INTL BD | A | Dividend | J | T | buy | 11/22 | J | | |
| 81. Excelsior High Yield Fund | A | Interest | K | T | buy | 10/5 | K | | |
| 82. Excelsior High Yield Fund | A | Interest | K | T | buy | 11/1 | K | | |
| 83. Excelsior High Yield Fund | A | Interest | K | T | buy | 11/22 | J | | |
| 84. Excelsior Int Term Tax Exempt Fund | A | Dividend | L | T | buy | 10/5 | L | | |
| 85. Excelsior Int. Term Tax Exempt Firm | A | Dividend | K | T | buy | 11/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Excelsior Int. Term Tax Exempt Fund | A | Distribution | K | T | buy | 11/15 | K | | |
| 87. Excelsior Large Cap Growth Fund | | None | K | T | buy | 10/5 | K | | |
| 88. Excelsior Large Cap Growth Fund | | None | J | T | buy | 10/19 | J | | |
| 89. Excelsior Large Cap Growth Fund | | None | J | T | buy | 11/22 | J | | |
| 90. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 10/5 | K | | |
| 91. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 92. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 93. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 94. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 95. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 96. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 97. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 98. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 11/22 | J | | |
| 99. Pimco Commodity Strategy Fund | A | Distribution | J | T | buy | 10/5 | J | | |
| 100. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 101. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 11/15 | J | | |
| 102. Pimco Commodity Strategy Fund | A | Dividend | K | T | buy | 11/22 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Royce Opportunity Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 104. Rotce Opportunity Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 105. Royce Opportunity Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 106. Royce Opportunity Fund | A | Dividend | J | T | buy | 11/22 | J | | |
| 107. Westcore Growth | A | Dividend | J | T | buy | 10/5 | J | | |
| 108. Westcore Growth | A | Dividend | J | T | buy | 10/6 | J | | |
| 109. Westcre Growth | A | Dividend | J | T | buy | 10/19 | J | | |
| 110. Westcore Growth | A | Dividend | J | T | buy | 11/1 | K | | |
| 111. Westcore Growth | A | Dividend | J | T | buy | 11/22 | J | | |
| 112. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/5 | J | | |
| 113. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/19 | J | | |
| 114. Exceslior Pacific Asia Fund | | None | J | T | buy | 11/1 | J | | |
| 115. Excessior Pacific Asia Fund | | None | J | T | buy | 11/22 | J | | |
| 116. Glennmede Int'l Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 117. Glennmede Int'l Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 118. Glennmede Int'l Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 119. Glennmede Int'l Fund | A | Dividend | K | T | buy | 11/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M.=$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lazard Emerging Mkts | A | Dividend | J | T | buy | 10/5 | J | | |
| 121. Lazard Emerging Mkts | A | Dividend | J | T | buy | 10/19 | J | | |
| 122. Lazard Emerging Mkts | A | Dividend | J | T | buy | 11/1 | J | | |
| 123. Lazard merging Mkts | B | Distribution | J | T | buy | 11/22 | J | | |
| 124. Ben Int'l Energy Fund | | None | L | T | buy | 12/28 | L | | |
| 125. Excelsior Energy | D | Distribution | | | buy | 10/5 | K | | |
| 126. Excelsior Energy | A | Dividend | | | buy | 10/6 | J | | |
| 127. Excelsior Energy | A | Dividend | | | buy | 10/19 | J | | |
| 128. Excelsior Energy | A | Dividend | | | buy | 11/1 | K | | |
| 129. Excelsior Energy | A | Dividend | | | buy | 11/15 | J | | |
| 130. Excelsior Energy | D | Dividend | | | Sell | 12/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI. This is not a new mortgage. The mortgage was sold to a different bank.

Part VII (general). The computer imported the data from the 2004 Report into the 2005 Report in a completely different order. I do not understand why and could not fix it.

Part VII l. 5. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII l. 54. IRA: State Street Global Advisers was transferred to Gartmore Variable Trust in June of 2003. This change was not reflected on the 2003 or 2004 Reports.

Part VII l. 76. This is just a sweep account for cash that accumulates in a brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____9/13/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Scheindlin, Shira A | 2. Court or Organization  S.D.N.Y. | 3. Date of Report  07/17/2006 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge/active | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  USDC-SDNY  500 Pearl Street  New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 JUL 17 P 3:08  FINANCIAL DISCLOSURE OFFICE  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/05 | State University of New York |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Administrative Office of U.S. Courts | Meeting, San Francisco, CA 1/11/05-1/12/05 Travel, Food, Lodging |
| 2. ALI-ABA | Speaker, San Juan, PR 1/18/05-1/22/05 Travel, Food, Lodging |
| 3. Administrative Office of U.S. Courts | Meeting, Dallas, Tx 1/27/05-1/28/05 Travel, Food, Lodging |
| 4. Administrative Office of U.S. Courts | Meeting, Washington DC 2/10/05-2/12/05 Travel, Food, Lodging |
| 5. ABA | Speaker, Orlando, FL 2/17/05-2/20/05 Travel, Food Lodging |
| 6. Yale Law School | Speaker, New Haven, CT 3/03/05-3/04/05 Travel, Food, Lodging |
| 7. Yale Law School | Speaker, New Haven, CT 3/31/05-4/01/05 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

8. Administrative Office of U.S. Courts      Meeting, Washington, DC 4/13/05-4/15/05 Travel, Food Lodging

9. American Law Institute-ABA      Speaker, Washington DC 4/18/05-4/19/05 Travel, Food Lodging

10. 5th Circuit Judicial Conference      Speaker, New Orleans, LA. 5/02/05-5/04/05 Travel, Food, Lodging

11. Los Angeles Federal Bar Association      Speaker, Los Angeles, CA 5/04/05-5/05/05 Travel, Food, Lodging

12. ADR Center      Speaker, Rimini, ITALY 5/24/05-5/29/05 Travel, Food, Lodging

13. Administrative Office of U.S. Courts      Circuit Conference, Bolton Landing, NY 6/16/05-6/19/05 Travel, Food, Lodging

14. Sedona Conference      Speaker, Cambridge, ENGLAND 7/14/05-7/17/05 Travel, Food, Lodging

15. ALI-ABA      Meeting, Philadelphia, PA. 9/16/05-9/17/05 Travel, Food, Lodging

16. Cornell Law School      Meeting, Ithaca, NY 9/21/05-9/24/05 Travel, Food, Lodging

17. Eighth Circuit Judicial Conference      Speaker, Colorado Springs, CO 10/19/05-10/21/05 Travel, Food, Lodging

18. American College of Trial Lawyers      Speaker, Chicago, ILL. 10/21/05-10/23/05 Travel, Food, Lodging

19. Administrative Office of U.S. Courts-Mulidistrict Litigation      Speaker, Palm Beach, FL. 10/24/05-10/26/05 Travel, Food, Lodging

20. ALI-ABA      Speaker, Chicago, ILL. 11/02/05-11/03/05 Travel, Food, Lodging

21. Legalworks      Speaker, London, ENGLAND 11/9/05-11/14/05 Travel, Food, Lodging

22. Administrative Office of U.S. Courts      Meeting, Chicago, ILL. 11/17/05-11/18/05 Travel, Food, Lodging

23. Practicing Law Institute      Speaker, San Francisco, CA 12/15/05-12/17/05 Travel, Food, Lodging

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Kings County, NY | E | Rent | | | sell | 8/8 | O | G | Michael Sherman |
| 3. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4. AXA Financial | A | Dividend | J | T | | | | | |
| 5. Active Assets Money Market | A | Dividend | J | T | | | | | |
| 6. Bank Hapoalim | A | Interest | J | T | | | | | |
| 7. IRA #1 | | | M | T | | | | | |
| 8. IRA Sentinel Cap Inc Markets Class B | | None | | | | | | | |
| 9. IRA Sentinel Growth Index CL B | | None | | | merger | 9/23 | K | | |
| 10. IRA Sentinal Cap Op. Class B | | None | | | | | | | |
| 11. IRA Sentinel MidCap Growth Class B | | None | | | | | | | |
| 12. IRA Sentinel High Yield Bond Class B | | None | | | | | | | |
| 13. IRA Sentinel Intl Equity Class B | | None | | | | | | | |
| 14. IRA Sentinel Small Company B | | None | | | | | | | |
| 15. IRA Sentinel Bond Class B | | None | | | merger | 9/23 | K | | |
| 16. IRA Sentinel Common Stock Class B | | None | | | | | | | |
| 17. IRA Sentinel Gov't. Securities Cl A | | None | | | merger | 9/23 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel | A | Dividend | J | T | | | | | |
| 19. Nortel | | None | | | sell | 9/20 | J | | |
| 20. Dreyfus Premier Emerging Markets Cl A | | None | | | buy | 3/28 | J | | |
| 21. Dreyfus Premier Emerging Markts Cl A | | None | | | sell | 11/2 | J | A | |
| 22. Dreyfus Premier Emerging Markets CL A | | None | | | sell | 11/2 | J | A | |
| 23. JP Morgan Mid Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 24. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | J | A | |
| 25. JP Morgan Mid Cap Value Cl A | | None | | | sell | 11/2 | K | C | |
| 26. JP Morgan Short Term Bond 11 Cl A | | None | | | buy | 3/28 | J | | |
| 27. JP Morgan Short Term Bond 11 Class A | | None | | | sell | 11/2 | J | | |
| 28. JP Morgan Short Term Bond 11 CL A | | None | | | sell | 11/2 | K | | |
| 29. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 30. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 31. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Pfizer | B | Dividend | M | T | | | | | |
| 33. IBM Common Stock | A | Dividend | J | T | | | | | |
| 34. Brooklyn Federal S & L | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

Name of Person Reporting

Scheindlin, Shira A

Date of Report

07/17/2006

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 36. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 37. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 38. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 39. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 40. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 41. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 42. N. Y. C. Local Gov't. Bond Series F | B | Interest | | | redeemed | 2/15 | K | A | |
| 43. NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |
| 44. NYC G/O series D | A | Interest | | | redeemed | 2/15 | J | A | |
| 45. NYC G/O Series E RFDG | B | Interest | | | redeemed | 2/15 | K | A | |
| 46. NYC Bond series H | A | Interest | J | T | | | | | |
| 47. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 48. Fidelity Advisor Equity Growth Mutual Fund | | None | | | sell | 9/13 | K | | |
| 49. Fidelity Advisor Technology Class T | | None | | | sell | 9/13 | K | | |
| 50. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 51. Fidelity Advantage Mid Cap | | None | K | T | | | | | |

1. Income Gain Codes:　　A =$1,000 or less　　B =$1,001 - $2,500　　C =$2,501 - $5,000　　D =$5,001 - $15,000　　E =$15,001 - $50,000
　(See Columns B1 and D4)　F =$50,001 - $100,000　G =$100,001 - $1,000,000　H1 =$1,000,001 - $5,000,000　H2 =More than $5,000,000
2. Value Codes　　J =$15,000 or less　K =$15,001 - $50,000　L =$50,001 - $100,000　M =$100,001 - $250,000
　(See Columns C1 and D3)　N =$250,001 - $500,000　O =$500,001 - $1,000,000　P1 =$1,000,001 - $5,000,000　P2 =$5,000,001 - $25,000,000
3. Value Method Codes　P3 =$25,000,001 - $50,000,000　R =Cost (Real Estate Only)　P4 =More than $50,000,000　T =Cash Market
　(See Column C2)　　Q =Appraisal　　V =Other
　　　　　　U =Book Value　　　　　W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA ACCOUNT #2 | B | Dividend | L | T | | | | | |
| 53. IRA Provident Mutual Life Ins (100% Fidelity Contra | | None | | | sell | 8/15 | M | | |
| 54. IRA Gartmore GVIT Equity 500 | | None | | | | | | | |
| 55. IRA Fidelity Management and Research | | None | | | | | | | |
| 56. IRA The Dreyfus Corp. | | None | | | | | | | |
| 57. IRA Scudder Kemper | | None | | | | | | | |
| 58. Ing Intermediate Bond Cl A | | None | | | buy | 3/28 | J | | |
| 59. ING Intermediate Bond CL A | | None | | | sell | 11/2 | J | | |
| 60. MFS Mass Investor Growth Stock A | | None | | | buy | 3/28 | J | | |
| 61. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | J | A | |
| 62. MFS Mass Investor Growth Stock A | | None | | | sell | 11/2 | K | C | |
| 63. Pioneer High Yield Class A | | None | | | buy | 3/28 | J | | |
| 64. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 65. Pioneer High Yield Class A | | None | | | sell | 11/2 | J | | |
| 66. Scudder Dreman small Cap Value Cl A | | None | | | buy | 3/28 | J | | |
| 67. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | A | |
| 68. Scudder Dreman Small Cap Value Cl A | | None | | | sell | 11/2 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Foreign Class A | | None | | | buy | 3/28 | J | | |
| 70. Templeton Foreign Class A | | None | | | sell | 11/2 | J | A | |
| 71. Templeton Foreign Class A | | None | | | sell | 11/2 | J | B | |
| 72. Rochester Municipal Class A | | None | M | T | buy | 3/18 | L | | |
| 73. Rochester Municipal Class B | | None | | | sell | 10/6 | M | C | |
| 74. Solectron | | None | | | sell | 9/20 | J | | |
| 75. Brokerage Account #1 | | | | | | | | | |
| 76. Excelsior NY Tax Exempt Money Fund | A | Interest | M | T | buy | 9/30 | M | A | |
| 77. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 10/5 | K | | |
| 78. Black Rock FDS INTL BD | A | Dividend | K | T | buy | 11/1 | K | | |
| 79. Black Rock FDS INTL BD | A | Dividend | J | T | buy | 11/22 | J | | |
| 80. Excelsior High Yield Fund | A | Dividend | K | T | buy | 10/5 | K | | |
| 81. Excelsior High Yield Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 82. Excelsior High Yield Fund | A | Dividend | K | T | buy | 11/22 | J | | |
| 83. Excelsior Int Term Tax Exempt Fund | A | Dividend | L | T | buy | 10/5 | L | | |
| 84. Excelsior Int. Term Tax Exemot Firm | A | Dividend | K | T | buy | 11/1 | K | | |
| 85. Excelsior Int. Term Tax Exempt Fund | A | Dividend | K | T | buy | 11/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Excelsior Large Cap Growth Fund | | None | K | T | buy | 10/5 | K | | |
| 87. Excelsior Large Cap Growth Fund | | None | J | T | buy | 10/19 | J | | |
| 88. Excelsior Large Cap Growth Fund | | None | J | T | buy | 11/22 | J | | |
| 89. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 10/5 | K | | |
| 90. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 91. Excelsior Value and Restructuring Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 92. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/1 | K | | |
| 93. Excelsior Value and Restructuring Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 94. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 95. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/6 | J | | |
| 96. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 97. Kalmar Growth Small Cap Fund | A | Dividend | J | T | buy | 11/22 | J | | |
| 98. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 10/5 | J | | |
| 99. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 10/19 | J | | |
| 100. Pimco Commodity Strategy Fund | A | Dividend | J | T | buy | 11/15 | J | | |
| 101. Pimco Commodity Strategy Fund | A | Dividend | K | T | buy | 11/22 | K | | |
| 102. Royce Opportunity Fund | | None | J | T | buy | 10/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rotce Opportunity Fund | | None | J | T | buy | 10/6 | J | | |
| 104. Royce Opportunity Fund | | None | J | T | buy | 10/19 | J | | |
| 105. Royce Opportunity Fund | | None | J | T | buy | 11/22 | J | | |
| 106. Westcore Growth | A | Dividend | J | T | buy | 10/5 | J | | |
| 107. Westcore Growth | A | Dividend | J | T | buy | 10/6 | J | | |
| 108. Westcre Growth | A | Dividend | J | T | buy | 10/19 | J | | |
| 109. Westcore Growth | A | Dividend | J | T | buy | 11/1 | K | | |
| 110. Westcore Growth | A | Dividend | J | T | buy | 11/22 | J | | |
| 111. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/5 | J | | |
| 112. Excelsior Pacific Asia Fund | | None | J | T | buy | 10/19 | J | | |
| 113. Exceslior Pacific Asia Fund | | None | J | T | buy | 11/1 | J | | |
| 114. Excessior Pacific Asia Fund | | None | J | T | buy | 11/22 | J | | |
| 115. Glennmede Int'l Fund | | None | J | T | buy | 10/5 | J | | |
| 116. Glennmede Int'l Fund | | None | J | T | buy | 10/19 | J | | |
| 117. Glennmede Int'l Fund | | None | K | T | buy | 11/1 | K | | |
| 118. Glennmede Int'l Fund | | None | K | T | buy | 11/22 | K | | |
| 119. Lazard Emerging Mkts | A | Interest | J | T | buy | 10/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lazard Emerging Mkts | A | Interest | J | T | buy | 10/19 | J | | |
| 121. Lazard Emerging Mkts | A | Interest | J | T | buy | 11/1 | J | | |
| 122. Lazard merging Mkts | A | Interest | J | T | buy | 11/22 | J | | |
| 123. Ben Int'l Energy Fund | | None | L | T | buy | 12/28 | L | | |
| 124. Excelsior Energy | | None | | | buy | 10/5 | K | | |
| 125. Excelsior Energy | | None | | | buy | 10/6 | J | | |
| 126. Excelsior Energy | | None | | | buy | 10/19 | J | | |
| 127. Excelsior Energy | | None | | | buy | 11/1 | K | | |
| 128. Excelsior Energy | | None | | | buy | 11/15 | J | | |
| 129. Excelsior Energy | | None | | | Sell | 12/29 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VI. This is not a new mortgage. The mortgage was sold to a different bank.

Part VII (general). The computer imported the data from the 2004 Report into the 2005 Report in a completely different order. I do not understand why and could not fix it.

Part VII l. 5. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII l. 54. IRA: State Street Global Advisers was transferred to Gartmore Variable Trust in June of 2003. This change was not reflected on the 2003 or 2004 Reports.

Part VII l. 76. This is just a sweep account for cash that accumulates in a brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/17/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____July 12, 2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544